IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DEMAS WAI YAN, | No. C 14-0085 RS |
| Debtor, | Bankruptcy No. 04-33526 |
| | **ORDER** |
| DEMAS WAI YAN, | |
| Appellant, | |
| v. | |
| TONY FU, et al., | |
| Appellees. | |

Appellee's motion to dismiss, for sanctions, and for security, presently calendared for April 24, 2014, will be decided without oral argument, as it arises in the context of a bankruptcy appeal. See Bankruptcy Local Rule 8012-1. The hearing is therefore vacated. Appellant's request for leave to file an untimely opposition is granted. Such opposition must be filed within one week of the date of this order, and any reply within one week thereafter.

IT IS SO ORDERED.

Dated: 4/16/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE