Case 3:14-cv-00085-RS Document 28 Filed 12/30/16 Page 1 of 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<div style="border: 1px solid black; display: inline-block; padding: 10px; text-align: center;">

**FILED**

MAY 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</div>

| | |
|---|---|
| In re: DEMAS WAI YAN,<br><br>   Debtor,<br>―――――――――――――<br>DEMAS WAI YAN,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>TONY FU; CRYSTAL LEI,<br><br>   Defendants - Appellees. | No. 14-16937<br><br>D.C. No. 3:14-cv-00085-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered April 29, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $26.00 for appellee Crystal Lei.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rhonda Roberts
        Deputy Clerk